**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6699**

———————

WALLACE MITCHELL-EL; CHARLES LINK,

Plaintiffs - Appellants,

and

CARROLL MONTGOMERY; MICHAEL PAGE; EARNEST
JOYNER; CLARK BROOKS; CHARLES WILKINS; WILLIAM
D. GARNER; CLARENCE PAIGE-EL; GARFIELD RAT-
CLIFF; REGINALD GAITHER; KEVIN BUTLER; KEVIN
KING; MIKAIL AL MALIK; JAVIER CARD,

Plaintiffs,

versus

YVONNE ELSWICK, Treatment Programs Supervisor,
Red Onion State Prison; DAVID YERGER, M.D.,
Red Onion State Prison; GEORGE E. DEEDS,
Warden, Red Onion State Prison; J. RASNAKE,
Correctional Officer, Red Onion State Prison;
EDWARD C. MORRIS, Deputy Director, Virginia
Department of Corrections; RONALD ANGELONE,
Director, Virginia Department of Corrections;
MARGARET A. MOORE, District of Columbia De-
partment of Corrections; EDMUND P. WALSH,
Administrator, DC Department of Corrections,
Case Management Services; JOHN H. THOMAS,
Executive Deputy Director, DC Department of
Corrections; CALVIN R. EDWARDS, Interim Direc-
tor, DC Department of Corrections; JAMES F.
MURPHY, Warden, Maximum Security Facility at
Lorton, Virginia; LACY GILCHRIST, Case Mana-
ger, Maximum Security Facility at Lorton, Vir-
ginia; IRMA BRADY, Case Manager Chief, Maximum
Security Facility at Lorton, Virginia; CASE
MANAGER COBB, Maximum Security Facility at

Lorton, Virginia; JOHN L. CLARK, Federal Cor-
rections Trustee, Federal Bureau of Prisons,
Washington, DC; VICTOR LOY, Warden, Central
Facility at Lorton, Virginia; JOSEPHINE DUMAS,
Case Manager, Central Facility at Lorton,
Virginia-All of the above individuals sued in
their personal and professional capacities;
VIRGINIA DEPARTMENT OF CORRECTIONS; DISTRICT
OF COLUMBIA DEPARTMENT OF CORRECTIONS; R.
ROWLETTE, Major; R. FLEMING, Captain; L.
FLEMING, Captain; RONALD FOWLER, Lieutenant;
D. A. TAYLOR, Lieutenant; DR. BINKER; J.
BOLLING; E. MULLINS; DOCTOR REZA; DOCTOR
PAIGE; ROBERT FULTON, Major; NURSE LAMB; W. E.
MULLINS, Nurse; NURSE WOLFE; NURSE BROWNING;
HELEN DUNCAN; A. YOUNG; DOCTOR HARRIS; DOCTOR
HARRISON; D. FLEMING; J. ROSE; RUTHERFORD; S.
SAWYER; CHAPLAIN GARRICK; T. CORNETT; L. C.
HILL; LYNN GARLOCK; V. MULLINS; S. K. YOUNG;
PATRICIA RICH; R. FARMER; T. DAVIS; D.
MCKNIGHT,

                                  Defendants - Appellees.

---

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. Samuel G. Wilson, Chief District
Judge. (CA-99-51-7)

---

Submitted: December 14, 2000        Decided: December 21, 2000

---

Before WIDENER, WILKINS, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Wallace Mitchell-El, Charles Link, Appellants Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Wallace Mitchell-El and Charles Link appeal the district court's order denying relief on their 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Mitchell-El v. Elswick, No. CA-99-51-7 (W.D. Va. Apr. 21, 2000). We deny Link's motion for appointment of counsel and to authorize a transcript at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED